

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00745-CV

**IN RE** Tom **RETZLAFF**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Patricia O. Alvarez, Justice
                    Jason Pulliam, Justice

On November 15, 2016, Relator filed a petition for writ of mandamus and motion for emergency stay. The court has considered the petition and the motion and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-17145, styled *E.M. and V.B.M. v. Philip R. Klein, Klein Investigations & Consulting, and James W. Landess*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding. The order about which Relator complains was signed by the Honorable Antonio Arteaga, presiding judge of the 57th Judicial District Court, Bexar County, Texas.